# United States Bankruptcy Court
## Middle District of Florida

In re   **Damon Garrett Brush**                                    Case No.  **12-00933**

                                    Debtor(s)                        Chapter  **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.     Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **2,500.00** |
| Prior to the filing of this statement I have received | $ | **1,250.00** |
| Balance Due | $ | **1,250.00** |

2.     The source of the compensation paid to me was:

        ■ Debtor    ☐ Other (specify):

3.     The source of compensation to be paid to me is:

        ■ Debtor    ☐ Other (specify):

4.     ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

        ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.     In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **THE ABOVE FEE COVERS REPRESENTATION FOR THE ENTIRE CASE AND NO ADDITIONAL CHARGE FOR ATTORNEY FEES EXCEPT AS SET FORTH BELOW.**

6.     By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        **DEFENSE OF OBJECTIONS TO DISCHARGE UNDER 11 USC SEC. 727 OR DEFENSE OF EXCEPTIONS TO DISCHARGE UNDER 11 USC 523; DEFENSE OF ADVERSARY PROCEEDINGS; DEFENSE OF OBJECTIONS TO EXEMPTIONS (BEYOND 2 HOURS); DEFENSE OF "BAD FAITH" OR "ABUSIVE" FILINGS (BEYOND 2 HOURS).**

_____    _____
**Debtor**                                          **Date**

_____    _____
**Joint Debtor**                                     **Date**

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **March 21, 2012**                            **/s/ Kevin B. Paysinger**
                                                      **Kevin B. Paysinger 0056742**
                                                      **Bankruptcy Law Firm of**
                                                       **Lansing J. Roy, PA**
                                                       **1710 Shadowood Lane, Ste 210**
                                                      **Jacksonville, FL 32207**
                                                      **904-391-0030  Fax: 904-391-0031**
                                                      **information@jacksonvillebankruptcy.com**

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Middle District of Florida

In re    **Damon Garrett Brush**                                     ,    Case No. ___**12-00933**___

Debtor

Chapter _____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 862,000.00 | | |
| B - Personal Property | Yes | 4 | 35,787.78 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 4 | | 3,248,397.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 4 | | 525,643.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 4,500.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 2,860.00 |
| Total Number of Sheets of ALL Schedules | | 20 | | | |
| Total Assets | | | 897,787.78 | | |
| Total Liabilities | | | | 3,774,040.00 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Middle District of Florida

In re   **Damon Garrett Brush**

_____,
Debtor

Case No.   **12-00933**_____

Chapter_____**7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re    **Damon Garrett Brush**                                                    ,        Case No.    **12-00933**
                                                                Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **REAL PROPERTY LOCATED AT 4212 KINGS COURT, JACKSONVILLE, FL** | **FEE OWNER** | - | 70,000.00 | 645,219.00 |
| **REAL PROPERTY LOCATED AT 2254 SMULLIAN TRAIL, JACKSONVILLE, FL** | **FEE OWNER** | - | 165,000.00 | 535,522.00 |
| **REAL PROPERTY LOCATED AT 914 5TH STREET, NEPTUNE BEACH, FL** | **FEE OWNER** | - | 119,000.00 | 211,512.00 |
| **REAL PROPERTY LOCATED AT 3580 COASTAL HIGHWAY, ST. AUGUSTINE, FL** | **FEE OWNER** | - | 270,000.00 | 1,363,144.00 |
| **REAL PROPERTY LOCATED AT 8850 PALLAZZO TERRACE, JACKSONVILLE, FL** | **FEE OWNER** | - | 238,000.00 | 493,000.00 |

|  |  |  |
|---|---|---|
| Sub-Total > | 862,000.00 | (Total of this page) |
| Total > | 862,000.00 | |

**0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re   **Damon Garrett Brush**
_____,
                        Debtor

Case No.   **12-00933**
_____

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | **CASH** | - | 35.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **JAX FEDERAL CREDIT UNION PERSONAL SAVINGS ACCOUNT NUMBER XXX853-01** | - | 5.00 |
| | | **JAX FEDERAL CREDIT UNION PERSONAL CHECKING ACCOUNT NUMBER XXX853-04** | - | 4,444.73 |
| | | **VYSTAR CREDIT UNION PERSONAL BANK ACCOUNT - NO ACTIVITY FOR YEARS** | - | 5.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **MISCELLANEOUS HOUSEHOLD GOODS & FURNISHINGS (SEE ATTACHED LISTING)** | - | 1,950.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | **MAN'S USED CLOTHING** | - | 50.00 |
| 7.  Furs and jewelry. | | **WATCH** | - | 100.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | | **GOLF CLUBS** | - | 150.00 |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >         **6,739.73**
(Total of this page)

___**3**___  continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

Client Last Name _____

# LISTING OF HOUSEHOLD GOODS AND FURNISHINGS
## (Room by Room)
### Schedule B-4

| [If you don't have an item, please draw a line through it; if an item you have in your home isn't listed, please add it.] | VALUE |
|---|---|
| **LIVING ROOM:** | |
| Sofa | 300 |
| Loveseat | — |
| Chair | — |
| Table(s) (Type & number)   (1)End  (1) Coffee | 80 |
| Lamp(s) (How many)   (1) | 20 |
| Pictures / Wall Hangings   (1) | 50 |
| Television(s) (Size & Brand) | |
| VCR(s)/DVD | 50 |
| Stereo | 100 |
| Compact Discs | — |
| Cassette Tapes/DVDs | — |
| Area Rugs   (1) | 20 |
| Bookcase(s)/Entertainment Center | — |
| Other: | |
| | |
| | |
| | |
| **DINING ROOM** | |
| Dining / Dinette Table & __6__ Chairs | |
| Hutch | — |
| Buffet | — |
| | |
| | |
| **MASTER BEDROOM** | |
| Bed (Size; headboard/footboard or frame only)   Ring | 300 |
| Dresser(s)   (1) | 100 |
| Chest(s)   (1) | 100 |
| Night stand(s)   (2) | 60 |
| Mirror   (1) | 40 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

1

Rev. 11/8/2011

| | |
|---|---|
| **BEDROOM #2** | |
| **Bed (Size; headboard/footboard or frame only)** | |
| **Dresser(s)** | |
| **Chest(s)** | |
| | |
| | |
| | |
| | |
| **DEN / FAMILY ROOM** | |
| **Sofa and/or Loveseat** | — |
| **Chair** | — |
| **TV / VCR** | — |
| | |
| | |
| **KITCHEN:** | |
| **Refrigerator** | |
| **Stove** | |
| **Microwave** | |
| **Assorted Small Appliances (Circle):** **Toaster, Coffeemaker, Blender, Food Processor** | 80 |
| **Dishes and Silverware** | 50 |
| **Assorted Pots and Pans** | 50 |
| **Kitchen table & chairs** | — |
| | |
| | |
| | |
| **MISCELLANEOUS:** | |
| **Camcorder** | — |
| **Computer (monitor, keyboard, printer or Laptop)** | 150 |
| **Lawnmower** | — |
| **Garden tools** | — |
| **Tools** | — |
| **Linens** | 50 |
| **Washer & Dryer** | 300 |
| **Telephone(s)** | — |
| **Fax Machine** | — |
| **Vacuum Cleaner** | 50 |
| | |
| | |
| | |
| | |
| | |

Rev. 11/8/2011

Client Last Name

| JEWELRY (Fine jewelry-example: 14 kt. gold, precious gemstones, rings, bracelets, watches, necklaces, chains) | |
|---|---|
| watch | 100 |
| | |
| | |
| | |
| | |
| | |
| | |
| SPORTS EQUIPMENT (Example: firearms, golf clubs, tennis racquets, in-line skates, kayaks, canoes, surfboards) | |
| Golf | 150 |
| | |
| | |
| | |
| | |
| | |
| | |
| ANTIQUES AND COLLECTABLES (Example: antique furniture, stamp collection, porcelain figurines) | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

3

Rev. 11/8/2011

B6B (Official Form 6B) (12/07) - Cont.

In re     **Damon Garrett Brush**                                           ,          Case No.    **12-00933**
                                         Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **COMPENSATION OWED BY LATITUDE 30 GLOBAL, LLC FOR CONSULTING SERVICES IN 2011** | - | 24,000.00 |
| | | **COMPENSATION OWED BY LATITUDE 30 GLOBAL, LLC FOR CONSULTING SERVICES IN 2012** | - | 3,500.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

|  | Sub-Total > | 27,500.00 |
|---|---|---|
|  | (Total of this page) | |

Sheet   **1**   of   **3**   continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Damon Garrett Brush**                                          ,          Case No.   **12-00933**
                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **PROPERTY DAMAGE CLAIM AGAINST MULTIPLE INSURANCE COMPANIES FOR DAMAGE DONE AT 3850 COASTAL HIGHWAY PROPERTY - ATTORNEY FOR DEBTOR - JOSHUA COSSEY, SENTINEL LAW FIRM** | - | **Unknown** |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2003 DODGE RAM 1500 - 50,000 MILES - JOINTLY TITLED WITH MOM, LYDIA ANNE BRUSH - NADA VALUE $10,287.00 - SALVAGE TITLE VALUE AT 30% = $3,086.10 - DEBTOR'S HALF INTEREST LISTED** | - | 1,543.05 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | **1 - DOG** | - | 5.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

Sub-Total >          1,548.05
(Total of this page)

Sheet   **2**   of   **3**   continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Damon Garrett Brush**                                        ,      Case No.   **12-00933**
_____                                    _____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | **0.00** |
| (Total of this page) | |
| Total > | **35,787.78** |

Sheet   **3**   of   **3**   continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6C (Official Form 6C) (4/10)

.

In re    **Damon Garrett Brush**                                              ,        Case No.    **12-00933**
                                                                        Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                              $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                                  *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **JAX FEDERAL CREDIT UNION PERSONAL CHECKING ACCOUNT NUMBER XXX853-04** | **Fla. Stat. Ann. § 222.25(4)** | **4,000.00** | **4,444.73** |
| **Household Goods and Furnishings** | | | |
| **MISCELLANEOUS HOUSEHOLD GOODS & FURNISHINGS (SEE ATTACHED LISTING)** | **Fla. Const. art. X, § 4(a)(2)** | **1,000.00** | **1,950.00** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2003 DODGE RAM 1500 - 50,000 MILES - JOINTLY TITLED WITH MOM, LYDIA ANNE BRUSH - NADA VALUE $10,287.00 - SALVAGE TITLE VALUE AT 30% = $3,086.10 - DEBTOR'S HALF INTEREST LISTED** | **Fla. Stat. Ann. § 222.25(1)** | **1,000.00** | **1,543.05** |
| | Total: | **6,000.00** | **7,937.78** |

  **0**   continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re   **Damon Garrett Brush**                                    Case No.   **12-00933**
_____ ,
                        Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | | |
| Account No. **xxxxxxxx3796** **AURORA LOAN SERVICES ATTN: BANKRUPTCY DEPT PO BOX 1706 Scottsbluff, NE 69363** | | - | | | Opened 7/29/05 Last Active 10/01/08 **First Mortgage** **REAL PROPERTY LOCATED AT 3580 COASTAL HIGHWAY, ST. AUGUSTINE, FL** | | | | | |
| | | | | | Value $                270,000.00 | | | | 962,744.00 | 692,744.00 |
| Account No. **ALBERTELLI LAW for Aurora P.O. BOX 23028 TAMPA, FL 33623** | | | | | additional contact for: **AURORA LOAN SERVICES** | | | | **Notice Only** | |
| | | | | | Value $ | | | | | |
| Account No. **AURORA LOAN SERVICES 2617 COLLEGE PARK Scottsbluff, NE 69361-2294** | | | | | additional contact for: **AURORA LOAN SERVICES** | | | | **Notice Only** | |
| | | | | | Value $ | | | | | |
| Account No. **xxxxxxxxx3299** **BANK OF AMERICA HOME LOANS PO BOX 5170 Simi Valley, CA 93062-5170** | | - | | | Opened 9/18/02 Last Active 6/01/09 **Third Mortgage** **REAL PROPERTY LOCATED AT 2254 SMULLIAN TRAIL, JACKSONVILLE, FL** | | | | | |
| | | | | | Value $                165,000.00 | | | | 81,864.00 | 81,864.00 |

  __3__ continuation sheets attached

Subtotal
(Total of this page)

| 1,044,608.00 | 774,608.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re  __Damon Garrett Brush_____,     Case No. ___12-00933_____
                                    Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No.

**KASS, SHULER, SOLOMON, SPECTOR FOYLE & SINGER, P.A. P.O. BOX 800 TAMPA, FL 33601** | | | | | additional contact for: **BANK OF AMERICA HOME LOANS**

Value $ | | | | **Notice Only** | |
| Account No. xxxxxx6010

**BB AND T PO BOX 1847 WILSON, NC 27894-1847** | | | - | | Mortgage

**REAL PROPERTY LOCATED AT 8850 PALLAZZO TERRACE, JACKSONVILLE, FL**

Value $          **238,000.00** | | | | **493,000.00** | **255,000.00** |
| Account No.

**SPEAR & HOFFMAN PA FOR BB&T 700 S DIXIE HWY STE 610 MIAMI, FL 33156-2825** | | | | | additional contact for: **BB AND T**

Value $ | | | | **Notice Only** | |
| Account No. xxxxxx-xxxxx9174

**Citi Residential Lending P.O. Box 660065 Dallas, TX 75266-0065** | | | - | | Opened 12/08/06  Last Active 10/01/08

Second Mortgage

**REAL PROPERTY LOCATED AT 3580 COASTAL HIGHWAY, ST. AUGUSTINE, FL**

Value $          **270,000.00** | | | | **400,400.00** | **400,400.00** |
| Account No. xxxxx6253

**E*TRADE CONSUMER FINANCE 2995 Red Hill Ave Ste 250 Costa Mesa, CA 92626-1200** | | | - | | Opened  4/29/03  Last Active  4/28/09

Mortgage

**REAL PROPERTY LOCATED AT 914 5TH STREET, NEPTUNE BEACH, FL**

Value $          **119,000.00** | | | | **211,512.00** | **92,512.00** |

Sheet  _1_  of  _3_  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| **1,104,912.00** | **747,912.00** |

B6D (Official Form 6D) (12/07) - Cont.

In re __Damon Garrett Brush_____,    Case No. ___12-00933_____
                                          Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. | | | | | | | | | | |
| ALBERTELLI LAW FOR GMAC MORTGAGE P.O. BOX 23028 TAMPA, FL 33623 | | | | | additional contact for: E*TRADE CONSUMER FINANCE | | | | Notice Only | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | REAL PROPERTY LOCATED AT 4212 KINGS COURT & 914 5TH STREET JACKSONVILLE, FL | | | | | |
| IBERIABANK C/O THOMAS M. SCOTT, ESQUIRE 1301 RIVERPLACE BLVD, STE 1630 Jacksonville, FL 32207 | | - | | | | | | | | |
| | | | | | Value $          70,000.00 | | | | 600,000.00 | 575,219.00 |
| Account No. xxxxx3893 | | | | | Opened  5/17/04  Last Active  6/01/09 Mortgage REAL PROPERTY LOCATED AT 4212 KINGS COURT, JACKSONVILLE, FL | | | | | |
| OCWEN LOAN SVCG LLC PERFORMING COLL DEPT PO BOX 785055 Orlando, FL 32878-5055 | | - | | | | | | | | |
| | | | | | Value $          70,000.00 | | | | 45,219.00 | 0.00 |
| Account No. | | | | | additional contact for: OCWEN LOAN SVCG LLC | | | | Notice Only | |
| ELIZABETH R. WELBORN FOR WELLS FARGO (OCWEN) 1701 W. HILLSBORO BLVD STE.307 DEERFIELD BEACH, FL 33442 | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. xxxxxxx8802 | | | | | Opened  8/18/08  Last Active  6/01/09 Second Mortgage REAL PROPERTY LOCATED AT 2254 SMULLIAN TRAIL, JACKSONVILLE, FL | | | | | |
| VYSTAR CREDIT UNION PO BOX 45085 JACKSONVILLE, FL 32232-5085 | | - | | | | | | | | |
| | | | | | Value $          165,000.00 | | | | 298,957.00 | 288,658.00 |

Sheet __2___ of __3___ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 944,176.00 | 863,877.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re    **Damon Garrett Brush**                                                  ,     Case No. _____**12-00933**_____
                                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community — H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxx7266** | | | **Opened 8/21/02 Last Active 6/01/09** | | | | | |
| **WELLS FARGO HOME MORTG BKCY DEPT 1 HOME CAMPUS DES MOINES, IA 50328-0001** | - | | **First Mortgage** **REAL PROPERTY LOCATED AT 2254 SMULLIAN TRAIL, JACKSONVILLE, FL** | | | | | |
| | | | Value $              **165,000.00** | | | | **154,701.00** | **0.00** |
| Account No. | | | | | | | | |
| **ALBERTELLI LAW FOR WELLS FARGO (WACHOVIA) P.O. BOX 23028 TAMPA, FL 33623** | | | **additional contact for:** **WELLS FARGO HOME MORTG** | | | | **Notice Only** | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| **Wells Fargo Home Mortgage 3476 STATEVIEW BLVD Fort Mill, SC 29715** | | | **additional contact for:** **WELLS FARGO HOME MORTG** | | | | **Notice Only** | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

Sheet **3** of **3** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | | |
|---|---|---|
| Subtotal (Total of this page) | **154,701.00** | **0.00** |
| Total (Report on Summary of Schedules) | **3,248,397.00** | **2,386,397.00** |

B6E (Official Form 6E) (4/10)

.

In re    **Damon Garrett Brush**                                           Case No.    **12-00933**
_____,
                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____1_____  continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re  **Damon Garrett Brush**
_____ ,    Case No. ___**12-00933**_____
                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | **2007 - 2011** | | | | | | |
| **INTERNAL REVENUE SERVICE PO BOX 7346 PHILADELPHIA, PA 19101-7346** | - | | **POTENTIAL INCOME TAX LIABILITY** | | | | | | **Unknown** |
| | | | | | | | **Unknown** | **0.00** | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

| | | |
|---|---|---|
| Sheet __1__ of __1__ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | Subtotal (Total of this page) | **0.00** |
| | | **0.00** **0.00** |
| | Total (Report on Summary of Schedules) | **0.00** |
| | | **0.00** **0.00** |

B6F (Official Form 6F) (12/07)

In re    **Damon Garrett Brush**                                                                    Case No.    **12-00933**
                                                                            ,
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **-xxxxxxxxxxxXXXX**<br><br>**AMERICAN EXPRESS**<br>**PO BOX 981540**<br>**El Paso, TX 79998-1540** | - | | **Opened 04/2004 Last Active 02/2012**<br>**CREDIT CARD** | | | | **9,652.00** |
| Account No.<br><br>**AMERICAN EXPRESS**<br>**PO BOX 6618**<br>**Omaha, NE 68105-0618** | | | additional contact for:<br>**AMERICAN EXPRESS** | | | | **Notice Only** |
| Account No. **xxx2882**<br><br>**BANK OF AMERICA - MORTGAGE**<br>**PO BOX 5170**<br>**Simi Valley, CA 93062-5170** | - | | **Opened 3/17/94 Last Active 11/15/11**<br>**DEFICIENCY BALANCE ON FORECLOSED**<br>**PROPERTY AT 2348 MILLER OAKS DRIVE**<br>**NORTH, JACKSONVILLE, FL** | | | | **108,010.00** |
| Account No.<br><br>**KASS, SHULER, SOLOMON,**<br>**SPECTOR**<br>**FOYLE & SINGER, P.A.**<br>**P.O. BOX 800**<br>**TAMPA, FL 33601** | | | additional contact for:<br>**BANK OF AMERICA - MORTGAGE** | | | | **Notice Only** |

__3__   continuation sheets attached

Subtotal
(Total of this page)                    **117,662.00**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                        S/N:38519-111130   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Damon Garrett Brush** , Case No. **12-00933**

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxx2820<br><br>**BANK OF AMERICA BNKCY**<br>**NC4-105-03-14**<br>**PO BOX 22021**<br>**GREENSBORO, NC 27420-2021** | - | | **Opened 8/01/02 Last Active 8/01/09**<br>**CREDIT CARD** | | | | 51,853.00 |
| Account No. xxxxXXXX<br><br>**COMCAST**<br>**PO BOX 551217**<br>**Jacksonville, FL 32255** | - | | **2010**<br>**COLLECTION FOR SERVICES RENDERED** | | | | 74.00 |
| Account No.<br><br>**CCS Collections**<br>**for Comcast Cable**<br>**94 Wells Avenue**<br>**Newton, MA 02166** | | | **additional contact for:**<br>**COMCAST** | | | | Notice Only |
| Account No.<br><br>**ERACLIDES JOHNS**<br>**4811 ATLANTIC BLVD #7**<br>**Jacksonville, FL 32207** | - | | **2010-2011**<br>**LEGAL SERVICES** | | | | 20,000.00 |
| Account No.<br><br>**IBERIABANK**<br>**C/O THOMAS M. SCOTT, ESQUIRE**<br>**1301 RIVERPLACE BLVD, STE 1500**<br>**Jacksonville, FL 32207** | - | | **2009**<br>**DEFICIENCY BALANCE ON FORECLOSED PROPERTIES** | | | | 107,000.00 |

Sheet no. __1__ of __3__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

178,927.00

3/26/12 7:06PM

B6F (Official Form 6F) (12/07) - Cont.

In re    **Damon Garrett Brush**                                              ,    Case No.    **12-00933**
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> **LYDIA ANNE BRUSH** <br> **8850 LA TERRAZZA PLACE** <br> **Jacksonville, FL 32217** | | - | | **PERSONAL LOAN** | | | | **70,000.00** |
| Account No. **xxxxxxIP B-9** <br><br> **MARINA AT VILLAGES OF VILANO** <br> **C/O MICHAEL UNGERBUEHLER** <br> **6236 KINGSPOINTE PKWY STE 9** <br> **Orlando, FL 32819** | | - | | **2009** <br> **DEFICIENCY BALANCE ON SALE OF BOATSLIP** | | | | **Unknown** |
| Account No. **xxxxxx0609** <br><br> **NATIONAL FITNESS** <br> **P.O. BOX 497** <br> **LAYTON, UT 84041** | | - | | **Opened 11/08/09** <br> **COLLECTION** | | | | **267.00** |
| Account No. **xxxx8824** <br><br> **Nelnet Loans** <br> **6420 Southpoint Parkway** <br> **Jacksonville, FL 32216** | | - | | **Opened 11/18/02  Last Active 12/13/11** <br> **STUDENT LOANS** | | | | **7,460.00** |
| Account No. **xxxxx5819** <br><br> **OCWEN LOAN SVCG LLC** <br> **PERFORMING COLL DEPT** <br> **PO BOX 785055** <br> **Orlando, FL 32878-5055** | | - | | **Opened  7/02/04  Last Active  6/01/09** <br> **DEFICIENCY BALANCE ON FORECLOSED PROPERTY AT 1814 HYDE PARK PLACE, JACKSONVILLE, FL** | | | | **149,403.00** |

Sheet no. __2__ of __3__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**227,130.00**

3/26/12  7:06PM

B6F (Official Form 6F) (12/07) - Cont.

In re   **Damon Garrett Brush**
_____,    Case No. ___**12-00933**_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**LAW OFFICE-STEVEN J. CLARFIELD FOR WELLS FARGO (OCWEN) 500 S AUSTRALIAN AVE, DTE. 730 West Palm Beach, FL 33401** | | | additional contact for:<br>**OCWEN LOAN SVCG LLC** | | | | **Notice Only** |
| Account No. **xxxxxxxx6980**<br><br>**VYSTAR CREDIT UNION PO BOX 45085 JACKSONVILLE, FL 32232-5085** | | - | **Opened 9/30/05  Last Active 1/07/12 DEFICIENCY BALANCE ON REPOSSESSED BOAT** | | | | **1,924.00** |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __**3**___ of __**3**___ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **1,924.00**

Total
(Report on Summary of Schedules)          **525,643.00**

B6G (Official Form 6G) (12/07)

In re    **Damon Garrett Brush**                                    ,    Case No.    **12-00933**
                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **LATITUDE GLOBAL, INC.**<br>**6022 SAN JOSE BLVD, 2ND FLOOR**<br>**Jacksonville, FL 32217** | **EMPLOYMENT CONTRACT EXECUTED IN NOVEMBER, 2011** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re    **Damon Garrett Brush**                                                          Case No.    **12-00933**
                                                                        ,
                                                   Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |

**0**

_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

B6I (Official Form 6I) (12/07)

In re    **Damon Garrett Brush**                                      Case No.    **12-00933**
Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Single** | RELATIONSHIP(S): **None.** | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **MARKETING** | |
| Name of Employer | **LATITUDE GLOBAL, INC.** | |
| How long employed | **2011 TO PRESENT** | |
| Address of Employer | **6022 SAN JOSE BLVD, 2ND FL** **Jacksonville, FL 32217** | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | **6,000.00** | $ | **N/A** |
| 2. Estimate monthly overtime | $ | **0.00** | $ | **N/A** |
| 3. SUBTOTAL | $ | **6,000.00** | $ | **N/A** |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll taxes and social security | $ | **1,500.00** | $ | **N/A** |
| b. Insurance | $ | **0.00** | $ | **N/A** |
| c. Union dues | $ | **0.00** | $ | **N/A** |
| d. Other (Specify): | $ | **0.00** | $ | **N/A** |
| | $ | **0.00** | $ | **N/A** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | **1,500.00** | $ | **N/A** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | **4,500.00** | $ | **N/A** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | **0.00** | $ | **N/A** |
| 8. Income from real property | $ | **0.00** | $ | **N/A** |
| 9. Interest and dividends | $ | **0.00** | $ | **N/A** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | **0.00** | $ | **N/A** |
| 11. Social security or government assistance (Specify): | $ | **0.00** | $ | **N/A** |
| | $ | **0.00** | $ | **N/A** |
| 12. Pension or retirement income | $ | **0.00** | $ | **N/A** |
| 13. Other monthly income (Specify): | $ | **0.00** | $ | **N/A** |
| | $ | **0.00** | $ | **N/A** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | **0.00** | $ | **N/A** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | **4,500.00** | $ | **N/A** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ | **4,500.00** | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
   **NO INCREASE OR DECREASE IN INCOME IS NECESSARILY EXPECTED OVER THE NEXT 12 MONTHS.**

B6J (Official Form 6J) (12/07)

In re __**Damon Garrett Brush**_____     Case No. ___**12-00933**___
                              Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | | |
|---|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ | 1,500.00 |
| a. Are real estate taxes included? | Yes **X** No ___ | | |
| b. Is property insurance included? | Yes **X** No ___ | | |
| 2. Utilities: a. Electricity and heating fuel | | $ | 250.00 |
| b. Water and sewer | | $ | 0.00 |
| c. Telephone | | $ | 0.00 |
| d. Other **CELL PHONE** | | $ | 100.00 |
| 3. Home maintenance (repairs and upkeep) | | $ | 50.00 |
| 4. Food | | $ | 400.00 |
| 5. Clothing | | $ | 40.00 |
| 6. Laundry and dry cleaning | | $ | 0.00 |
| 7. Medical and dental expenses | | $ | 0.00 |
| 8. Transportation (not including car payments) | | $ | 300.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ | 50.00 |
| 10. Charitable contributions | | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | | |
| a. Homeowner's or renter's | | $ | 0.00 |
| b. Life | | $ | 0.00 |
| c. Health | | $ | 0.00 |
| d. Auto | | $ | 0.00 |
| e. Other | | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | | |
| (Specify) | | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | | |
| a. Auto | | $ | 0.00 |
| b. Other **STUDENT LOAN** | | $ | 100.00 |
| c. Other | | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ | 0.00 |
| 17. Other **HAIRCUTS** | | $ | 20.00 |
| Other **PET EXPENSES** | | $ | 50.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 2,860.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

**MORTGAGE/RENT EXPENSE LISTED IS DEBTOR'S ANTICIPATED POST-PETITION HOUSING EXPENSE.**

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a. Average monthly income from Line 15 of Schedule I | $ | 4,500.00 |
| b. Average monthly expenses from Line 18 above | $ | 2,860.00 |
| c. Monthly net income (a. minus b.) | $ | 1,640.00 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Middle District of Florida

| | | |
|---|---|---|
| In re   **Damon Garrett Brush** | Case No. | **12-00933** |
| Debtor(s) | Chapter | **7** |

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**22**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **March 21, 2012**

Signature   **/s/ Damon Garrett Brush**

**Damon Garrett Brush**

Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Middle District of Florida

In re    **Damon Garrett Brush**                                                    Case No.    **12-00933**

Debtor(s)                         Chapter    **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$2,700.00** | **2012 YTD: RENTAL INCOME** |
| **$18,400.00** | **2011: RENTAL INCOME (ESTIMATED)** |
| **$27,000.00** | **2010: RENTAL INCOME (ESTIMATED)** |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                            SOURCE

2

---

### 3. Payments to creditors

None
■

*Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850[*].  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **ERACLIDES JOHNS 4811 ATLANTIC BLVD #7 Jacksonville, FL 32207** | **11/15/11 TO 2/15/2012** | **$3,000.00** | **$20,000.00** |
| **VYSTAR CREDIT UNION PO BOX 45085 JACKSONVILLE, FL 32232-5085** | **11/15/2011** | **$750.00** | **$1,924.00** |

None
☐

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **LYDIA ANNE BRUSH 8850 LA TERRAZZA PLACE Jacksonville, FL 32217   MOTHER** | **TWELVE MONTHS PRECEDING FILING** | **$2,000.00** | **$70,000.00** |

---

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **DEUTSECHE BANK NATIONAL TRUST COMPANY VS. IBERIA BANK; CASE NO. 09-CA-1218** | **FORECLOSURE** | **IN THE CIRCUIT COURT OF THE SEVENTH JUDICIAL CIRCUIT, IN AND FOR ST JOHNS COUNTY, FLORIDA** | **CERTIFICATE OF TITLE** |
| **THE MARINA AT VILLAGES OF VILANO ASSOCIATION, INC. VS. DAMON G. BRUSH; CASE NO. 09-CA-4034** | **FORECLOSURE** | **IN THE CIRCUIT COURT OF THE SEVENTH JUDICIAL CIRCUIT, IN AND FOR ST. JOHNS COUNTY, FLORIDA** | **W/D OF COUNSEL** |

---

[*] Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **MONTICELLO BANK VS. DAMON G. BRUSH; CASE NO. 09-CA-1218** | **FORECLOSURE** | **IN THE COUNTY COURT, SEVENTH JUDICAL CIRCUIT, IN AND FOR ST. JOHNS COUNTY, FLORIDA** | **HEARING CANCELLED** |
| **WELLS FARGO BANK, NA VS. DAMON G. BRUSH, ET AL.; CASE NO. 2009-CA-016914** | **FORECLOSURE** | **IN THE CIRCUIT COURT OF THE 4TH JUDICAL CIRCUIT, IN AND FOR DUVAL COUNTY, FLORIDA** | **CERTIFICATE OF TITLE** |
| **GMAC MORTGAGE, LLC VS. DAMON G. BRUSH, ET AL.; CASE NO. 2009-CA-013673** | **FORECLOSURE** | **IN THE CIRCUIT COURT OF THE 4TH JUDICIAL CIRCUIT, IN AND FOR DUVAL COUNTY, FLORIDA** | **HEARING CANCELLED** |
| **AURORA LOAN SERVICES, LLC VS. DAMON G. BRUSH, ET AL.; CASE NO. 09-CA-0081** | **FORECLOSURE** | **IN THE CIRCUIT COURT OF THE 7TH JUDICIAL CIRCUIT, IN AND FOR ST. JOHNS COUNTY, FLORIDA** | **AMENDED COMPLAINT** |
| **WELLS FARGO BANK, NA VS. DAMON G. BRUSH, ET AL; CASE NO. 2009-CA-015014** | **FORECLOSURE** | **IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT, IN AND FOR DUVAL COUNTY, FLORIDA** | **WITHDRAWAL OF COUNSEL** |
| **BRANCH BANKING & TRUST VS. DAMON BRUSH; CASE NO. 2010-CA-14829** | **FORECLOSURE** | **IN THE CIRCUIT COURT OF THE 4TH JUDICIAL CIRCUIT, IN AND FOR DUVAL COUNTY FLORIDA** | **DEFENDANT'S MOTION TO DISMISS** |
| **CITIBANK, NA VS. DAMON G. BRUSH; CASE NO. 10-CA-15186** | **CREDIT CARD** | **IN THE CIRCUIT COURT FOR THE 4TH JUDICIAL CIRCUIT, IN AND FOR DUVAL COUNTY, FLORIDA** | **DISMISSED** |
| **JENKINS FOOD SERVICE EQUIPMENT & SUPPLIES LLC VS. LATITUDE 30 GROUP, LLC; CASE NO. 2011-CA-010387** | **AGREEMENT BREACH** | **IN THE CIRCUIT COURT, FOURTH JUDICIAL CIRCUIT IN AND FOR DUVAL COUNTY, FLORIDA** | **LP DISSOLVED** |

None
☐
   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **IBERIABANK C/O THOMAS M. SCOTT, ESQUIRE 1301 RIVERPLACE BLVD, STE 1500 Jacksonville, FL 32207** | **1/2012** | **JAX FEDERAL CREDIT UNION PERSONAL CHECKING ACCOUNT - $800.00** |

---

**5. Repossessions, foreclosures and returns**

None
☐
   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **IBERIABANK C/O THOMAS M. SCOTT, ESQUIRE 1301 RIVERPLACE BLVD, STE 1500 Jacksonville, FL 32207** | **5/31/2011** | **2348 MILLER OAKS DRIVE NORTH, JACKSONVILLE, FL** |
| **VYSTAR CREDIT UNION PO BOX 45085 JACKSONVILLE, FL 32232-5085** | **11/2011** | **DEFICIENCY BALANCE ON REPOSSESSED BOAT** |

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| OCWEN LOAN SVCG LLC (WELLS FARGO) PERFORMING COLL DEPT PO BOX 785055 Orlando, FL 32878-5055 | 10/24/11 | 1814 HYDE PARK PLACE, JACKSONVILLE, FL |

**6.  Assignments and receiverships**

None
■
a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■
b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7.  Gifts**

None
■
List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8.  Losses**

None
■
List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9.  Payments related to debt counseling or bankruptcy**

None
☐
List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Bankruptcy Law Firm of Lansing J. Roy, PA** 1710 Shadowood Lane, Ste 210 Jacksonville, FL 32207 | | **$1,250.00** |
| **LEGALEASE** 4495 - 304 ROOSEVELT BLVD, #514 Jacksonville, FL 32210 | 2/17/2012 | $300.00 |

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **ERACLIDES JOHNS**<br>**4811 ATLANTIC BLVD #7**<br>**Jacksonville, FL 32207** | **11/1/11 TO 2/1/12** | **$3000.00** |
| **DEBTORCC.INC.** | **2/16/2012** | **$50.00** |

---

**10.  Other transfers**

None ☐     a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **THE BROWNSTONE GROUP LLC**<br>**6022 SAN JOSE BLVD, 2ND FL**<br>**Jacksonville, FL 32217** | **11/2011** | **TERMINATION FOR CAUSE OF 5% OWNERSHIP INTEREST IN THE BROWNSTONE GROUP LLC** |

None ■     b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

---

**11.  Closed financial accounts**

None ■     List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

---

**12.  Safe deposit boxes**

None ■     List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

---

**13.  Setoffs**

None ■     List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14.  Property held for another person

None ☐  List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **CRYSTAL DUCKWORTH**<br>**8850 PALLAZZO TERRACE**<br>**Jacksonville, FL 32217** | **PERSONAL PROPERTY INCLUDING CLOTHING, BEDROOM SUITE (BED, MATTRESS, DRESSER, NIGHTSTAND), DINING ROOM TABLE AND SIX CHAIRS, GMC ENVOY, PICTURES, ORGAN, TV, MISCELLANEOUS ELECTRONICS, JEWELRY, 2 PUG DOGS, DESK & CHAIR, BABY CRIB, BASSINET, BABY NECESSITIES** | **Debtor's Residence** |
| **LYDIA ANNE BRUSH**<br>**8850 LA TERRAZZA PLACE**<br>**Jacksonville, FL 32217** | **3 BAR STOOLS** | **Debtor's Residence** |

### 15.  Prior address of debtor

None ☐  If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **8850 PALLAZZO TERRACE, JACKSONVILLE, FL** | **Damon Garrett Brush** | **6/2009 TO PRESENT** |
| **2254 SMULLIAN TRAIL, JACKSONVILLE, FL** | **Damon Garrett Brush** | **2001 - 6/2009** |

### 16. Spouses and Former Spouses

None ■  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■  a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■  b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

7

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None ☐    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **LATITUDE GLOBAL, INC.** | | **6022 SAN JOSE BLVD, 2ND FLOOR Jacksonville, FL 32217** | **HOLDING COMPANY (DEBTOR INVOLVED AT INCEPTION, NO LONGER OFFICER OR DIRECTOR OF THIS COMPANY)** | **6/21/2010 - 2/2011** |
| **GOODBY'S LANDING, LLC** | | **8777 SAN JOSE BLVD, #801 Jacksonville, FL 32217** | **OWNER OF COMMERCIAL PROPERTY** | **8/1/2007 - 9/26/2008 (ADMIN DISS.)** |
| **LATITUDE 30 GROUP LLC** | | **6022 SAN JOSE BLVD 2ND FL Jacksonville, FL 32217** | **RESTAURANT/ENTERTA INMENT (DEBTOR INVOLVED AT INCEPTION - NO LONGER MEMBER/MANAGER)** | **1/2/2009 TO PRESENT** |
| **LATITUDE 30 TITLE AND TRUST LLC** | | **2254 SMULLILAN TRAIL N Jacksonville, FL 32217** | **TITLE & TRUST COMPANY** | **12/18/2006 - 9/26/2008 (ADMIN DISS.)** |
| **THE BROWNSTONE GROUP LLC** | | **6022 SAN JOSE BLVD, 2ND FL Jacksonville, FL 32217** | **DEVELOPMENT COMPANY** | **1/2009 - 11/2011** |

None ■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

8

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
■

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
| --- | --- |

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
| --- | --- | --- |

None
■

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
| --- | --- |

None
■

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
| --- | --- |

### 20. Inventories

None
■

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
| --- | --- | --- |

None
■

b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
| --- | --- |

### 21 . Current Partners, Officers, Directors and Shareholders

None
■

a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
| --- | --- | --- |

None
■

b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
| --- | --- | --- |

**22 . Former partners, officers, directors and shareholders**

None ■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                                    ADDRESS                                    DATE OF WITHDRAWAL

None ■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS                        TITLE                          DATE OF TERMINATION

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**24. Tax Consolidation Group.**

None ■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                              TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None ■    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **March 21, 2012**                        Signature    **/s/ Damon Garrett Brush**

                                                          **Damon Garrett Brush**
                                                          Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Middle District of Florida

In re   **Damon Garrett Brush** _____   Case No.   **12-00933** _____

Debtor(s)         Chapter   **7** _____

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by
property of the estate.  Attach additional pages if necessary.)

---

Property No. 1

| Creditor's Name:<br>**AURORA LOAN SERVICES** | Describe Property Securing Debt:<br>**REAL PROPERTY LOCATED AT 3580 COASTAL HIGHWAY,<br>ST. AUGUSTINE, FL** |
|---|---|

Property will be (check one):

■ Surrendered                    ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                    ■ Not claimed as exempt

---

Property No. 2

| Creditor's Name:<br>**BANK OF AMERICA HOME LOANS** | Describe Property Securing Debt:<br>**REAL PROPERTY LOCATED AT 2254 SMULLIAN TRAIL,<br>JACKSONVILLE, FL** |
|---|---|

Property will be (check one):

■ Surrendered                    ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                    ■ Not claimed as exempt

---

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**Citi Residential Lending** | **Describe Property Securing Debt:**<br>**REAL PROPERTY LOCATED AT 3580 COASTAL HIGHWAY,**<br>**ST. AUGUSTINE, FL** |

Property will be (check one):

■ Surrendered          □ Retained

If retaining the property, I intend to (check at least one):
- □ Redeem the property
- □ Reaffirm the debt
- □ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- □ Claimed as Exempt          ■ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>**E*TRADE CONSUMER FINANCE** | **Describe Property Securing Debt:**<br>**REAL PROPERTY LOCATED AT 914 5TH STREET, NEPTUNE**<br>**BEACH, FL** |

Property will be (check one):

■ Surrendered          □ Retained

If retaining the property, I intend to (check at least one):
- □ Redeem the property
- □ Reaffirm the debt
- □ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- □ Claimed as Exempt          ■ Not claimed as exempt

| Property No. 5 | |
|---|---|
| **Creditor's Name:**<br>**IBERIABANK** | **Describe Property Securing Debt:**<br>**REAL PROPERTY LOCATED AT 4212 KINGS COURT & 914**<br>**5TH STREET JACKSONVILLE, FL** |

Property will be (check one):

■ Surrendered          □ Retained

If retaining the property, I intend to (check at least one):
- □ Redeem the property
- □ Reaffirm the debt
- □ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- □ Claimed as Exempt          ■ Not claimed as exempt

| Property No. 6 | |
|---|---|
| **Creditor's Name:**<br>**OCWEN LOAN SVCG LLC** | **Describe Property Securing Debt:**<br>**REAL PROPERTY LOCATED AT 4212 KINGS COURT, JACKSONVILLE, FL** |

Property will be (check one):

☑ Surrendered            ☐ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt                    ☑ Not claimed as exempt

| Property No. 7 | |
|---|---|
| **Creditor's Name:**<br>**VYSTAR CREDIT UNION** | **Describe Property Securing Debt:**<br>**REAL PROPERTY LOCATED AT 2254 SMULLIAN TRAIL, JACKSONVILLE, FL** |

Property will be (check one):

☑ Surrendered            ☐ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt                    ☑ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**LATITUDE GLOBAL, INC.** | **Describe Leased Property:**<br>**EMPLOYMENT CONTRACT EXECUTED IN NOVEMBER, 2011** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☑ YES        ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date __March 21, 2012_____

Signature __/s/ Damon Garrett Brush_____
**Damon Garrett Brush**
Debtor